FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA LOUISE POWERS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>　　　　　　Defendant. | No.　4:20-cv-05045-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 28, 2020, the parties filed a stipulated dismissal, ECF No. 34, an amended stipulated dismissal, ECF No. 35, and a motion to expedite, ECF No. 33. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

**1.** The parties' Amended Stipulation of Dismissal Without Prejudice, **ECF No. 35**, and related motion to expedite, **ECF No. 33**, are **GRANTED**.

**2.** All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

ORDER DISMISSING CASE – 1

**3.**    All pending motions are **DENIED AS MOOT**.

**4.**    All hearings and other deadlines are **STRICKEN**.

**5.**    The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 30th day of July 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2